Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone: (702) 420-7000
Facsimile: (702) 420-7001
jbraster@nblawnv.com
asharples@nblawnv.com

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Kameron Terry,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Security Service Federal Credit Union and Experian Information Solutions, Inc.,<br><br>　　　　　Defendants. | Case No. 2:20-cv-00736-GMN-NJK<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND PLAINTIFF'S STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT**<br><br>**(FIRST REQUEST)**<br><br>Complaint filed: April 23, 2020 |

　　　　Defendant Experian Information Solutions, Inc. ("Experian") and Plaintiff Kameron Terry ("Plaintiff"), by and through their respective counsel of record, hereby submit this stipulation to extend the time for Experian to respond to Plaintiff's Complaint (ECF No. 1) pursuant to LR IA 6-1.

　　　　Plaintiff filed his Complaint on April 23, 2020. (ECF No. 1). The current deadline for Experian to respond to the Complaint is May 19, 2020. Plaintiff and Experian stipulate and agree that Experian shall have until June 22, 2020 to file its responsive pleading.

　　　　This is Experian's first request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice any party, but due to certain delays caused by the

various jurisdictions' stay at home orders and to permit Experian an opportunity to more fully investigate the claims alleged.

**IT IS SO STIPULATED.**

DATED this 14th day of May 2020.

| | |
|---|---|
| NAYLOR & BRASTER | KAZEROUNI LAW GROUP, APC |
| By: */s/ Jennifer L. Braster* <br> Jennifer L. Braster <br> Nevada Bar No. 9982 <br> Andrew J. Sharples <br> Nevada Bar No. 12866 <br> 1050 Indigo Drive, Suite 200 <br> Las Vegas, NV 89145 <br><br> *Attorneys for Defendant* <br> *Experian Information Solutions, Inc.* | By: */s/ Gustavo Ponce* <br> Gustavo Ponce <br> Nevada Bar No. 15084 <br> 6069 South Fort Apache Road, Suite 100 <br> Las Vegas, NV 89148 <br><br> *Attorneys for Plaintiff* <br> *Kameron Terry* |

**IT IS SO ORDERED.**

Dated: May 15, 2020

_____
UNITED STATES MAGISTRATE JUDGE

NAI-1513118051v1

- 2 -