GRIFFITH H. HAYES, ESQ.
Nevada Bar No. 7374
DANIEL B. CANTOR, ESQ.
Nevada Bar No. 14180
LITCHFIELD CAVO LLP
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada  89169
Telephone:  (702) 949-3100
Facsimile:  (702) 916-1776
Hayes@LitchfieldCavo.com
Zimmer@LitchfieldCavo.com
*Attorneys for Defendant, Security Service Federal Credit Union*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KAMERON TERRY,<br><br>         Plaintiff,<br>v.<br><br>SECURITY SERVICE FEDERAL CREDIT UNION and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>         Defendants. | CASE NO.:  2:20-cv-00736-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff, **KAMERON TERRY** ("Plaintiff") by and through its attorneys of record, Kazerouni Law Group, APC, and Defendant, **SECURITY SERVICE FEDERAL CREDIT UNION** ( "Security Service") by and through its attorneys of record, Litchfield Cavo LLP, hereby submit this stipulation to extend time for Security Service to respond to Plaintiff's Complaint [EFC 1] pursuant to LR IA 6-1.

1. Plaintiff filed its Complaint on April 23, 2020 [EFC 1].

2. Security Service was served on April 30, 2020.

1

3. The responsive pleading of Security Service is currently due May 21, 2020.

4. Defendant Security Service shall have an extension of 14 days from May 21, 2020, to answer, move, or otherwise respond to Plaintiff's complaint to and including June 4, 2020.

5. This is Security Service's first request for an extension of time to respond to the Complaint and it is not intended to cause any delay or prejudice to any party, but due to certain delays caused by the various jurisdictions' stay at home orders and to permit Plaintiff and Security Service an opportunity to more fully investigate the claims alleged.

Dated: May 19, 2020

**KAZEROUNI LAW GROUP, APC**

By: */s/ Gustavo Ponce, Esq.*
GUSTAVO PONCE, ESQ.
Nevada Bar No. 15084
6069 South Fort Apache Road, Suite 100
Las Vegas, NV  89148
Tel:  800-400-6808
Fax:  800-520-5523
gustavo@kazlg.com
*Attorneys for Plaintiff Kameron Terry*

Dated: May 19, 2020

**LITCHFIELD CAVO LLP**

By: */s/ Daniel B. Cantor, Esq.*
GRIFFITH H. HAYES, ESQ.
Nevada Bar No. 7374
DANIEL B. CANTOR, ESQ.
Nevada Bar No. 14180
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada  89169
Telephone:  (702) 949-3100
Facsimile:  (702) 916-1776
Hayes@LitchfieldCavo.com
Zimmer@LitchfieldCavo.com
*Attorneys for Security Service Federal Credit Union*

## ORDER

Pursuant to the parties' stipulation, **IT IS SO ORDERED**. Defendants should answer or otherwise respond to Plaintiff's complaint on or before June 4, 2020.

Dated: May 20, 2020

United States Magistrate Judge

2