# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KAMERON TERRY,<br>　　　Plaintiff(s),<br>v.<br>SECURITY SERVICE FEDERAL CREDIT UNION, et al.,<br>　　　Defendant(s). | Case No.: 2:20-cv-00736-GMN-NJK<br>**ORDER**<br>[Docket No. 16] |

Pending before the Court is a discovery plan filed by Plaintiff and Defendant Security Service Federal Credit Union. Docket No. 16. Although Defendant Experian has filed an answer, Docket No. 15, it is not included in the discovery plan. Accordingly, the discovery plan is hereby **DENIED** without prejudice. An amended discovery plan must be filed by August 12, 2020.

IT IS SO ORDERED.

Dated: August 7, 2020

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　United States Magistrate Judge