GRIFFITH H. HAYES, ESQ.
Nevada Bar No. 7374
LITCHFIELD CAVO LLP
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
Telephone: (702) 949-3100
Facsimile: (702) 916-1776
Hayes@LitchfieldCavo.com
*Attorneys for Defendant, Security Service Federal Credit Union*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KAMERON TERRY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SECURITY SERVICE FEDERAL CREDIT UNION and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　Defendants. | CASE NO.: 2:20-cv-00736-GMN-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT SECURITY SERVICE FEDERAL CREDIT UNION** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff, KAMERON TERRY ("Terry"), by and through its attorneys of record, Gustavo Ponce, Esq., of the law firm of Kazerouni Law Group and Defendant, SECURITY SERVICE FEDERAL CREDIT UNION ("Security Service") by and through its attorneys of record, Griffith Hayes, Esq, of the law firm of Litchfield Cavo LLP, (collectively "The Parties") that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that

the Complaint filed by Plaintiff in this case and each and every cause of action therein against Security Service, shall be dismissed with prejudice, with each party to bear its own attorney's fees and costs.

**IT IS SO STIPULATED.**

Dated: March 16, 2021

LITCHFIELD CAVO LLP

By: _____
GRIFFITH H. HAYES, ESQ.
Nevada Bar No. 7374
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
Telephone: (702) 949-3100
Facsimile: (702) 916-1776
Hayes@LitchfieldCavo.com
*Attorneys for Security Service Federal Credit Union*

Dated: March 16, 2021

KAZEROUNI LAW GROUP, APC

By: _____
GUSTAVO PONCE, ESQ.
6069 South Fort Apache Road, Suite 100
Las Vegas, NV 89148
Telephone: 800-400-6808
Facsimile 800-520-5523
gustavo@kazlg.com
*Attorneys for Plaintiff Kameron Terry*

## ORDER

Based upon the Stipulation of the parties, the Court having reviewed all pleadings and papers on file herein and good cause appearing:

**IT IS HEREBY ORDERED** that that the Complaint filed by Plaintiff and each and every cause of action therein against Security Service, shall be dismissed with prejudice. Plaintiff and Defendant will each bear their own fees and costs.

**IT IS SO ORDERED.**

Dated this __22__ day of March, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT